ADAM GORDON
United States Attorney
BLANCA QUINTERO
Assistant U.S. Attorney
California Bar No. 196889
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
Telephone No.:  (619) 546-7118
Email:  Blanca.Quintero2@usdoj.gov

Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, Plaintiff, v. SANTIAGO RIVERA GARCIA, Defendant | Case No. 26-CR-02326-BTM-1 <br><br> Date:    August 3, 2026 <br> Time:    2:30 p.m. <br><br> The Honorable Barry Ted Moskowitz <br><br> **THE UNITED STATES' SENTENCING SUMMARY CHART** |
| --- | --- |

The Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, ADAM GORDON, United States Attorney and Blanca Quintero, Assistant U.S. Attorney, hereby files its' *Sentencing Summary Chart,* which is based upon the files and records of this case.

DATED:  July 29, 2026

Respectfully submitted,

ADAM GORDON
United States Attorney

*s/ Blanca Quintero*
Assistant U.S. Attorney

**SENTENCING SUMMARY CHART**
**[ ☐ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]**
**Sentencing Date:  August 3, 2026 2:30 PM**

USPO  [☐]
AUSA  [☒]
DEF  [☐]

Defendant's Name: Santiago Rivera Garcia           Docket No.: 26-CR-02326-BTM-1
Attorney's Name: Blanca Quintero                   Phone No.: 619-546-7118

Guideline Manual Used: Nov. 1, 2025                Agree with USPO Calc.:  Yes ☒  No☐

Base Offense Level(s): _____ 8

Specific Offense Characteristics: _____ __

Adjusted Offense Level: _____ 8

☐ Combined (Mult. Counts)    ☐ Career Off.    ☐Armed Career Crim.

Adjustment for Acceptance of Responsibility [☐ Motion - USSG § 3E1.1(b)] _____

Zero-Point Offender, § 4C1.1 _____

Early Disposition/Fast Track, § 3F1.1 _____

Adjusted Offense Level _____

Criminal History Score: $1^1$

Criminal History Category: I

☐ Career Offender    ☐ Armed Career Criminal

Guideline Range:                                    from ___0 months
(Range limited by: ☐ minimum mand.    ☐ statutory maximum    to ___6 months

Variances:

None

---

**RECOMMENDATION**: **Time served (73 days custody); no fine.**

---

[1]    Defendant was convicted on October 14, 2025, of improper entry by an alien (misdemeanor), in violation of 8 U.S.C. § 1325, and received a custodial sentence of time served (28 days).  Defendant has two prior removals; the date of his most recent removal was on October 15, 2025.