# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 3:26-cr-02326-BTM-1 |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Santiago Rivera Garcia | Booking No. 30939506 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  8/3/2026

the Court entered the following order:

[X]  Defendant be release from custody.

___  Defendant placed on supervised / unsupervised probation / supervised release.

___  Defendant continued on supervised / unsupervised probation / supervised release.

___  Defendant released on _____ Bond posted.

___  Defendant appeared in Court. FINGERPRINT & RELEASE.

___  Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.

[X]  Defendant sentenced to TIME SERVED, supervised release for ___0___ years.

___  Bench Warrant Recalled.

___  Defendant forfeited collateral.

___  Case dismissed.

___  Case dismissed, charges pending in case no.

___  Defendant to be release to Pretrial Services for electronic monitoring.

___  Other.


Barry Ted Moskowitz
_____
UNITED STATES DISTRICT JUDGE

OR

JOHN MORRILL, Clerk of Court

by  Anthony Episcopo, 619-837-6536

Crim-9 (Rev. 09/23)
Original

**Anthony Episcopo**

**From:**

**To:**        Anthony Episcopo
**Sent:**      Monday, August 3, 2026 3:55 PM
**Subject:**   Read: 26cr2326 Abs


Your message

  To: CAS Releases
  Subject: [EXTERNAL] 26cr2326 Abs
  Sent: Monday, August 3, 2026 3:51:50 PM (UTC-08:00) Pacific Time (US & Canada)

 was read on Monday, August 3, 2026 3:54:51 PM (UTC-08:00) Pacific Time (US & Canada).

1